**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FAISAL SEIDU,

Petitioner,

v.

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

CIVIL ACTION NO.: 2:26-cv-79

**O R D E R**

Petitioner Faisal Seidu ("Seidu"), through counsel, has filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Doc. 1. Seidu is currently detained at the Folkston Immigration and Customs Enforcement ("ICE") Processing Center in Folkston, Georgia, yet counsel filed the Petition in the Augusta Division of this Court. This case was inadvertently transferred to the Brunswick Division of this Court rather than the Waycross Division. Thus, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Waycross Division of this Court for plenary disposition. The filings in the new case should bear the same dates as those contained in the above-captioned case.

**SO ORDERED**, this 10th day of August, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA